

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-4-2015

# USA v. Dung Bui

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. Dung Bui" (2015). *2015 Decisions.* Paper 823.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/823

This August is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3795
_____

UNITED STATES OF AMERICA

v.

DUNG BUI
a/k/a
DANNY BUI

Dung Bui,
Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA
(D.C. Crim. Action No. 5-08-cr-00427-002)
District Judge: Honorable Legrome D. Davis
_____

Submitted Under Third Circuit LAR 34.1(a)
June 26, 2014
_____

Before: McKEE, *Chief Judge*, and FUENTES, and GREENAWAY, JR., *Circuit Judges*.


_____

ORDER AMENDING OPINION
_____


Although the panel denied rehearing in this matter, it agrees that two changes to the opinion should be made as suggested by the government. Accordingly, an amended opinion shall be issued. The judgment of this Court shall not be altered.

By the Court,


s/Joseph A. Greenaway, Jr.
Circuit Judge


Dated:  August 4, 2015